I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED    8/17/11

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEWIS W. BROWN,

                    Petitioner,

          vs.

CASA (Warden),

                    Respondent.

Case No.  CV 10-8236-DOC (RNB)


**J U D G M E N T**


          Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

          IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED:    August 10, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE